# United States District Court

WESTERN DISTRICT OF WASHINGTON

RAWLAND JOHNSON and KANDY
JOHNSON, husband and wife and the
marital community comprised thereof,

    v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5258RJB

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The United States' Second Motion to Dismiss for Lack of Subject Matter Jurisdiction, Dkt #32, is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.

    April 13, 2007

BRUCE RIFKIN
Clerk

/s/ Dara L. Kaleel
By Dara L. Kaleel, Deputy Clerk